UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-0176 (WMW/TNL) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Michael Carlos Mitchell, | |
| Defendant. | |

WHEREAS, on February 28, 2019, this Court entered a Preliminary Order of Forfeiture ordering Defendant Michael Carlos Mitchell to forfeit certain property, described below, to Plaintiff United States of America pursuant to 18 U.S.C. § 2253(a);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on March 9, 2019, providing notice of the intention of the United States to dispose of the property described below in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 76), is **GRANTED**.

2. All right, title and interest in the following property are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 2253(a):

    a. a Seagate 1TB HDD custom-built Antec tower;

    b. a Samsung 128GB SSD custom-built Antec tower;

    c. an OCZ Agility 3 120GB SSD;

    d. an embedded 512GB flash memory storage;

    e. an Apple iPad Air 2 A1566;

    f. a Stellar XT 64GB flash drive;

    g. an Apple iPhone 5;

    h. a Seagate 3TB external HDD;

    i. two CD-ROM 700MB optical discs;

    j. an Apple iPod 6;

    k. a Samsung Galaxy Tab A 8.0;

    l. a SanDisk 128GB Micro SD card;

    m. a Toshiba 2TB external HDD;

    n. a Western Digital 3TB external HDD;

    o. a Seagate 250GB external HDD;

    p. a Seagate 4TB external HDD;

    q. an Apple iPhone 6s;

    r. a Western Digital 320GB HDD;

    s. a Hitachi 250GB HDD;

    t. a Western Digital 250GB HDD;

  u.  a 232GB flash memory drive; and

  v.  an Apple MacBook Pro i7.

 3. The property described above shall be disposed of by the United States in accordance with law.

 LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 5, 2020            s/Wilhelmina M. Wright
                        Wilhelmina M. Wright
                        United States District Judge